IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO. 1:10-cv-290-MR-DSC

JOHN P. WALKER and DONNA S. WALKER,
Co-Trustees of the 2004 Walker Family Trust,

            Plaintiffs,

vs.

QUEENS GAP MOUNTAIN, LLC, a North
Carolina limited liability company; DEVINSHIRE
LAND DEVELOPMENT, LLC, a North Carolina
limited liability company; QUEENS GAP
ACQUISITION, LLC, a Delaware limited liability
company; COVE CREEK, LLC, a North Carolina
limited liability company; D.F. MCCARTHY
INVESTMENTS XVIII, LLC, an Ohio limited
liability company; QUEENS GAP HOLDING
COMPANY, LLC, an Ohio limited liability
company; DEVIN MCCARTHY, individually and
as Trustee of the DEVIN F. MCCARTHY
REVOCABLE TRUST dated September 14, 1994;
JANIS L. MCCARTHY, individually and as Trustee
of the DEVIN F. MCCARTHY REVOCABLE
TRUST dated September 14, 1994; and KEITH
VINSON, individually,

            Defendants.

## **ORDER**

   **THIS MATTER** is before the Court on "Plaintiffs' Motion to Allow Discovery" (document #38) and "Memorandum ... in Support ..." (document #39), both filed December 5, 2011.

   On September 14, 2011, the Honorable Martin Reidinger, the District Judge to whom this case is assigned, <u>granted</u> Defendants' "Motion to Compel Arbitration and to Stay Proceedings." <u>See</u> "Order" (document #37).

   In their current Motion, Plaintiffs ask the Court in its discretion to allow them to conduct

discovery prior to arbitration. The undersigned has consulted with Judge Reidinger's chambers and concludes that any necessary discovery may be conducted as part of the arbitration proceeding.

For these reasons, "Plaintiffs' Motion to Allow Discovery" (document #38) is **DENIED**. The Clerk is directed to send copies of this Order to the parties' counsel <u>and to the Honorable Martin Reidinger</u>.

**SO ORDERED**.  Signed: December 5, 2011

David S. Cayer
United States Magistrate Judge